| (Official Form 1) (12/03) | | |
|---|---|---|
| **FORM B1** | **United States Bankruptcy Court**<br>**District of Arizona** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Gilliam, Todd | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>Brice, Cathy |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>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 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7244 E. Kramer Street<br>Mesa, AZ 85207 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>7244 E. Kramer Street<br>Mesa, AZ 85207 |
| County of Residence or of the<br>Principal Place of Business: Maricopa | County of Residence or of the<br>Principal Place of Business: Maricopa |
| Mailing Address of Debtor (if different from street address):<br>POB 41993<br>Mesa, AZ 85274 | Mailing Address of Joint Debtor (if different from street address):<br>POB 41993<br>Mesa, AZ 85274 |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**FILED** '04 JULY -4 A 11:11 ... BANKRUPTCY ...
'04 7779PHX RTB

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☑ Individual(s) ☐ Railroad<br>☐ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | ☑ Chapter 7 ☐ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) Todd Gilliain, Cathy Brice |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _[signature]_<br>Signature of Debtor<br>X _[signature]_<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐   Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |
| **Signature of Attorney**<br>X _____<br>Signature of Attorney for Debtor(s<br>,<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>Firm Name<br>**Arizona**<br>Address<br><br><br>Telephone Number<br><br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>**Not Applicable**<br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>Address<br><br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

FORM B6A
(6/90)

In re: **Todd M. Gillam**　　　　　　　**Cathy L. Brice**　　　　Case No. _____

　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Varsity Club of America time share** | Co-Owner | W | $ 0.00 | $ 15,000.00 |
| | | Total ➤ | $ 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re **Todd M. Gillam**    **Cathy L. Brice**    Case No. _____
    Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Arizona Federal CU** | J | 27.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Arizona Federal CU** | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Arizona Federal CU** | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **ordinary household goods & furnishings** | J | 1,200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books** | J | 10.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **pictures** | J | 10.00 |
| 6. Wearing apparel. | | **clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **her wedding ring** | J | 200.00 |
| 7. Furs and jewelry. | | **his wedding ring** | J | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re **Todd M. Gillam**        **Cathy L. Brice**           Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Life Insurance face value $60000** | J | 1,200.00 |
| 10. Annuities. Itemize and name each issuer. | | **Western Reserve Life Assurance Co of Ohio POB 9051 Clearwater, FL 33758-9051** | W | 998.39 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

FORM B6B
(10/89)

In re **Todd M. Gillam**          **Cathy L. Brice**          , Case No. _____
       Debtor                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | | J | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 BMW 315 | J | 3,100.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Lincoln Strech Limo | J | 28,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | 2 computers | J | 200.00 |
| 26. Office equipment, furnishings, and supplies. | | desk, filing cabinet | J | 200.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | 2 video cameras, still camera, video editing equipment | J | 500.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | | dog, cat | J | 3.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

                                              _2_   continuation sheets attached            Total      $ 36,873.39

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Todd M. Gillam**         **Cathy L. Brice**         , Case No. _____
                Debtor.                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1987 BMW 315 | ARS § 33-1125(8) | 5,000.00 | 3,100.00 |
| 2 computers | ARS § 33-1130(1) | 200.00 | 200.00 |
| 2 video cameras, still camera, video editing equipment | ARS § 33-1130(1) | 500.00 | 500.00 |
| 2000 Lincoln Strech Limo | ARS § 33-1130(1) | 4,100.00 | 28,000.00 |
| Arizona Federal CU | ARS § 33-1126(A)(8) | 25.00 | 25.00 |
| Arizona Federal CU | ARS § 33-1126(A)(8) | 27.00 | 27.00 |
| books | ARS § 33-1125(5) | 10.00 | 10.00 |
| clothing | ARS § 33-1125(1) | 1,000.00 | 1,000.00 |
| desk, filing cabinet | ARS § 33-1130(1) | 200.00 | 200.00 |
| dog, cat | ARS § 33-1125(3) | 3.00 | 3.00 |
| her wedding ring | ARS § 33-1125(4) | 200.00 | 200.00 |
| his wedding ring | ARS § 33-1125(4) | 200.00 | 200.00 |
| Prudential Life Insurance face value $60000 | ARS § 33-1126A(6), ARS § 20-1131(D) | 1,200.00 | 1,200.00 |
| Western Reserve Life Assurance Co of Ohio POB 9051 Clearwater, FL 33758-9051 | ARS § 33-1126(C) | 998.39 | 998.39 |

FORM B6D
(12/03)

In re: **Todd M. Gillam** **Cathy L. Brice** , Case No. _____
         Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE | | | | | |

0 Continuation sheets attached

Subtotal ➤ (Total of this page) $0.00

Total ➤ (Use only on last page) $0.00

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re **Todd M. Gillam**        **Cathy L. Brice**        Case No. _____
                             Debtor                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> Continuation sheets attached

Form B6E - Cont.
(12/03)

In re **Todd M. Gillam**     **Cathy L. Brice**  ,   Case No. _____
          Debtor                                                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims      Subtotal ➤    **$0.00**
(Total of this page)

Total ➤    **$0.00**
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **Todd M. Gillam**          **Cathy L. Brice**          , Case No. _____
         Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 261845-1 <br> American Express Business Financial <br> POB 660631 <br> Dallas, TX 75266-0631 | | | 2000 Lincoln Strech Limo | | | | 0.00 |
| ACCOUNT NO. 1652168 <br> Auto Nation Financial Services <br><br> Commercial Recovery Systems <br> POB 570909 <br> Dallas, TX 75357-0909 | | J | auto loan <br> repossessed minivan, Nov 2001 | | | | 16,990.69 |
| ACCOUNT NO. 98275 <br> AZ Institute of Foot Care <br><br> JR Brothers Financial <br> POB 35666 <br> Phoenix, AZ 85069 | | J | Medical services | | | | 233.19 |
| ACCOUNT NO. CV02-5300-SC <br> Black Diamond Limousines <br> 3049 E McKellips #8 <br> Mesa, AZ 85213 | | J | civil judgement | | | | 807.00 |

_4_ Continuation sheets attached

Subtotal ▶ | $18,030.88

Total ▶

Form B6F - Cont.
(12/03)

In re **Todd M. Gillam**          **Cathy L. Brice**          , Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ed Gordon<br>405 E Hubor<br>Mesa, AZ 85203 | | | 1987 BMW 315 | | | | 4,800.00 |
| ACCOUNT NO. 00000020899409<br>Ford Motor Credit<br>POB 239801<br>Las Vegas, NV 89123-0040 | | J | auto loan<br>1999 Lincoln $6000<br>SLVR9 | | | | 17,675.13 |
| ACCOUNT NO. FPA12531WH<br>Ford Motor Credit<br>POB 239801<br>Las Vegas, NV 89123-9801<br><br>Seidberg Law Offices<br>POB 7290<br>Phoenix, AZ 85011-7290 | | J | auto loan<br>repossessed Jul 2002<br>SLVR10 | | | | 16,838.45 |
| ACCOUNT NO. 00000022839810<br>Ford Motor Credit<br>POB 7172<br>Pasadena, CA 91109-7172 | | J | 1999 Lincoln<br>$2000<br>SLVR12 | | | | 17,627.81 |
| ACCOUNT NO. FPA1259E9L<br>Ford Motor Credit<br>POB 239801<br>Las Vegas, NV 89123-9801<br><br>Seidberg Law<br>POB 7290<br>Phoenix, AZ 85011-7290 | | J | auto loan<br>repossessed Aug 2002<br>SLVR13 | | | | 11,827.24 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ **$68,768.63**

Total ▶
(Use only on last page of the completed Schedule F.)

In re **Todd M. Gillam**         **Cathy L. Brice**         , Case No. _____
         Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 48063000000023209794 <br> **Ford Motor Credit** <br> POB 6508 <br> Mesa, AZ 85216-6508 <br><br> **Bass & Assoc.** <br> 3936 E Fort Lowell Rd #200 <br> Tucson, AZ 85712 | | J | auto loan <br> repossessed May 2002 <br> SLVR14 | | | | 16,115.91 |
| ACCOUNT NO. <br> **Ford Motor Credit** <br> POB 7289 <br> Pasadena, CA 91109 | | | | | | | 8,655.00 |
| ACCOUNT NO. 48063000000000000020 <br> **Ford Motor Credit** <br> POB 55222 <br> Drawer #55-166 <br> Detroit, MI 48255-0166 | | J | auto loan <br> repossessed Aug 2002 <br> SLVR8 | | | | 12,218.21 |
| ACCOUNT NO. 6088500250455798 <br> **Hill Creek Bmk** <br> POB 6150 <br> Rapid City, SD 57709-6150 | | J | store card | | | | 5,715.32 |
| ACCOUNT NO. <br> **M. Kothe** <br> POB 52107 <br> Phoenix, AZ 85072-2107 | | J | child support | | | | 511.00 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    **$43,215.44**

Total ➤
(Use only on last page of the completed Schedule F.)

In re **Todd M. Gillam**           **Cathy L. Brice**           , Case No. _____
         Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10003003666339001<br>**Mitsubishi Motor Credit**<br>POB 0578<br>Carol Stream, IL 60132-0518 | | J | auto loan<br>repossessed Oct 2002 | | | | 7,982.17 |
| ACCOUNT NO. 47069<br>**OSI Education Services Inc**<br>POB 975<br>Brookfield, WI 53008 | | J | student loan | | | | 5,447.80 |
| ACCOUNT NO. 1000948<br>**Parc Place**<br>2190 N Grace Blv<br>Chandler, AZ 85225 | | J | medical services | | | | 1,633.44 |
| ACCOUNT NO. AG042886FO<br>**Phoenix Interfaith**<br>555 W Glendale Ave<br>Phoenix, AZ 85021 | | J | medical services | | | | 462.00 |
| ACCOUNT NO. 7001068001713552<br>**Retail Services**<br>POB 60148<br>City of Industry, CA 91716-0148 | | J | store card | | | | 3,926.50 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     **$19,451.91**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re **Todd M. Gillam**              **Cathy L. Brice**           , Case No. _____
         Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0360728668094 <br> **Sears** | | J | store card | | | | 931.17 |
| ACCOUNT NO. 1150077938662 <br> **Sears (plus)** | | J | store card | | | | 1,305.27 |
| ACCOUNT NO. <br> **Varsity Club of America** <br> 2111 E Highland Ave #210 <br> Phoenix, AZ 85011 | | | **Varsity Club of America** time share | | | | 15,000.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$17,236.44**

Total ➤ **$166,703.30**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Todd M. Gillam**        **Cathy L. Brice**        Case No. _____
                         Debtor                                                                            (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **American Express Business Finance**<br>**1500 Dragon St #A**<br>**Dallas, TX 75207** | limousine lease |
| **Stephen Speyer**<br>**3567 E Harvard Ct**<br>**Gilbert, AZ 85234** | apartment rental agreement |

B6H
(6/90)

In re: **Todd M. Gillam**          **Cathy L. Brice**    ,  Case No. _____
         Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|