FORM B6D
(12/03)

c-TM

*Ammended*

In re: Todd M. Gillam           Cathy L. Brice           ,   Case No. 04-07779-RTB
　　　　　　　　　　　Debtor                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JKM& S LLC<br>10101 N. 92nd Street Suite 201<br>Scottsdales, AZ 85258 | | | Security Agreement<br>2000 Lincoln Strech Limo<br><br>VALUE $18,000.00 | | | | 16,000.00 | 0.00 |

0 Continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　Subtotal ➤            | $16,000.00 |
　　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　Total ➤               | $16,000.00 |
　　　　　　　　　　　　　　　　　　　　　(Use only on last page)

(Report total also on Summary of Schedules)

FILED 2004 JUN 10 P 3:48